LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SMITH AND BETH SMITH,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendants. | CASE NO. C 06 1312 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:　June 9, 2006<br>Conference Time:　1:30 p.m.<br>Location:　Courtroom 2, 17th Floor<br>　　　　　　　　San Francisco |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the June 9, 2006 Case Management Conference ("CMC") to December 1, 2006, at 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order. Plaintiffs are Ordered to serve Defendant within 120 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: May 26, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

- 3 -　　　　[~~PROPOSED~~] ORDER